CLOSED

# U.S. District Court
## Western District of Tennessee (Memphis)
## CIVIL DOCKET FOR CASE #: 2:05-cv-02605-JDB-sta
### Internal Use Only

0 5 - 9 1 4

Wiles v. Intel Corporation
Assigned to: J. Daniel Breen
Referred to: S. Thomas Anderson
Cause: 28:1332 Diversity-Breach of Contract

Date Filed: 08/18/2005
Jury Demand: Plaintiff
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Miscellaneous**

**Jimmy Moore**



represented by **Jimmy Moore**
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
Shelby County Courthouse
140 Adams Ave.
Rm. 224
Memphis, TN 38103
901-576-4006
*PRO SE*

**Plaintiff**

**Cory Wiles**
*individually and on behalf of himself and all persons similarly situated*

represented by **B. J. Wade**
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103
901-527-4673
Fax: 901-521-0940
Email: bwade@gewwlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Intel Corporation**
*a Delaware Corporation*

represented by **Christopher B. Hockett**
Bingham McCutchen, LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
415-393-2000
Fax: 415-393-2286
*LEAD ATTORNEY*



*ATTORNEY TO BE NOTICED*

**David M. Balabanian**
Bingham McCutchen, LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
415-393-2000
Fax: 415-393-2286
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jef Feibelman**
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103
901-524-5000
Fax: 901-524-5024
Email: jfeibelman@bpjlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joy K. Fuyuno**
Bingham McCutchen, LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
415-393-2000
Fax: 415-393-2286
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mary Alison Hale**
BURCH PORTER & JOHNSON PLLC
130 N. Court Ave.
Memphis, TN 38103
901-524-5144
Fax: 901-524-5024
Email: mhale@bpjlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard A. Ripley**
Bingham McCutchen
1120 20th Street, NW
Suite 800
Washington, DC 20036
202-778-6150
Fax: 202-778-6155
*LEAD ATTORNEY*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/19/2005 | 1 | NOTICE OF REMOVAL by Intel Corporation from Circuit Court, case number CT-003801-05. ( Filing fee $ 250.00, receipt #M96760), filed by Intel Corporation.(cas) (Entered: 08/19/2005) |
| 08/30/2005 | 2 | CORPORATE DISCLOSURE STATEMENT filed by by Intel Corporation listing corporate parent as. (ehg, ) (Entered: 09/06/2005) |
| 08/30/2005 | 4 | MEMORANDUM in Support re [3] MOTION to Remand filed by Cory Wiles. (ehg, ) (Entered: 09/06/2005) |
| 09/02/2005 | 3 | MOTION to Remand by Cory Wiles. (ehg, ) (Entered: 09/06/2005) |
| 09/06/2005 | 5 | Uncontested MOTION for Extension of Time to File Responsive Pleading re [1] Notice of Removal by Intel Corporation. (ehg, ) (Entered: 09/07/2005) |
| 09/06/2005 | 6 | MEMORANDUM in Support re [5] Uncontested MOTION for Extension of Time to File Responsive Pleading re [1] Notice of Removal filed by Intel Corporation. w/attachments(ehg, ) (Entered: 09/07/2005) |
| 09/06/2005 | 7 | CERTIFICATE of Consultation re [5] MOTION for Extension of Time to File Responsive Pleading re [1] Notice of Removal by Jef Feibelman on behalf of Intel Corporation (ehg, ) (Entered: 09/07/2005) |
| 09/07/2005 | 8 | ORDER..granting [5] Defendant's Motion for Extension of Time to file a responsive pleading. . Signed by Judge J. Daniel Breen. (ehg, ) (Entered: 09/07/2005) |
| 09/20/2005 | 9 | RESPONSE/OPPOSITION re [3] Plaintiff's MOTION to Remand filed by Intel Corporation. w/attachments(ehg, ) (Entered: 09/21/2005) |
| 09/20/2005 | 10 | MOTION to Stay and Transfer Plaintiff's Motion to Remand re [3] MOTION to Remand by Intel Corporation. (ehg, ) (Entered: 09/21/2005) |
| 09/20/2005 | 11 | MEMORANDUM in Support of its Motion to Stay Plaintiff's Remand Motion re [10] MOTION to Stay re [3] MOTION to Remand filed by Intel Corporation. w/attachments [placed in separate folder] (ehg, ) (Entered: 09/21/2005) |
| 09/20/2005 | 12 | NOTICE OF FILING OF DECLARATION OF ISABELLE HURTUBISE in Support of Motion to Stay and Transfer Plaintiff's Motion to Remand w/attachments by Intel Corporation re [10] MOTION to Stay re [3] MOTION to Remand (ehg, ) (Entered: 09/21/2005) |
| 09/20/2005 | 13 | NOTICE of Filing of Declaratoin of Ricahrd Ripley in Support of Motion to Stay and Transfer Plaintiff's Motion to Remand w/attachments by Intel Corporation re [10] MOTION to Stay re [3] MOTION to Remand (ehg, ) (Entered: 09/21/2005) |

| 09/21/2005 | 14 | CERTIFICATE of Consultation by Jef Feibelman on behalf of Intel Corporation (ehg, ) (Entered: 09/22/2005) |
|---|---|---|
| 10/05/2005 | 15 | REPLY to Defendant's Opposition to Plaintiff's Motion to Remand; Plaintiff's Opposition to Defendant's Motion to Stay re [3] MOTION to Remand, [10] MOTION to Stay filed by Cory Wiles. (ehg, ) (Entered: 10/06/2005) |
| 10/18/2005 | 16 | MOTION for Leave to File a Reply in Support of its Motion to Stay Plaintiff's Remand Motion with incorporated Memorandum w/attached Reply by Intel Corporation. (ehg, ) (Entered: 10/19/2005) |
| 10/19/2005 | 17 | CERTIFICATE of Consultation re [16] MOTION for Leave to File by Mary Alison Hale on behalf of Intel Corporation (ehg, ) (Entered: 10/19/2005) |
| 10/24/2005 | 18 | ORDER GRANTING LEAVE TO FILE REPLY..granting [16] Defendant's Motion for Leave to File Reply to Plaintiff's Opposition to Defendant's Motion to Stay.. Signed by Judge J. Daniel Breen. (ehg, ) (Entered: 10/25/2005) |
| 10/24/2005 | 19 | REPLY In Support of its Motion to Stay re [10] MOTION to Stay filed by Intel Corporation. (ehg, ) (Entered: 10/25/2005) |
| 12/27/2005 | 20 | NOTICE (information copy) Conditional Transfer Order (CTO-1), MDL 1717, filed 12/6/2005..pursuant to 28 USC 1407, case to be transferred to the District of Delaware assigned to the Honorable Jospeh J. Farnan. (ehg, ) (Entered: 01/03/2006) |
| 01/04/2006 | 21 | CONDITIONAL TRANSFER ORDER (CTO-1); MDL 1717, FILED 12/6/2005; cae transferred.. to the District of Delaware, pursuant to 28 USC 1407, and assigned to the Honorable Joseph J. Farnan, Jr. [05-914 JJF (D/DE)](ehg, ) (Entered: 01/04/2006) |
| 01/09/2006 | | ***Staff notes Entire case file, certified copy of docket sheet, and letter requesting same mailed to USDC, District of Delaware. [05-914 JJF (D/DE)] (ehg, ) (Entered: 01/09/2006) |