IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 30 AM 11: 27

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

---

**CORY WILES**, individually and on behalf
of himself and all persons similarly situated,

    Plaintiff,

v.                                                                 No. 05-2605 B/An

**INTEL CORPORATION**, a Delaware
Corporation,

    Defendant.

05 - 914

---

**DEFENDANT INTEL CORPORATION'S FEDERAL RULE OF CIVIL
PROCEDURE 7.1 DISCLOSURE STATEMENT**

---

Pursuant to Rule 7.1, Federal Rules of Civil Procedure, the undersigned certifies that there is no parent company and no publicly held entity that owns 10% or more of Defendant Intel Corporation.

    Respectfully submitted,

    BURCH, PORTER & JOHNSON, PLLC

DATED: August 30, 2005

    _____
    Jef Feibelman (#7677)
    130 North Court Avenue
    Memphis, TN 38103
    Telephone: 901.524.5000
    Facsimile: 901.524.5024
    jfeibelman@bpjlaw.com

    and

RECEIVED
JAN 1 2 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

David M. Balabanian (CA# 37638)
Christopher B. Hockett (CA# 121539)
Joy K. Fuyuno (CA # 123890)
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: 415.393.2000
Facsimile: 415.393.2286

Richard A. Ripley (DC# 412959)
BINGHAM McCUTCHEN LLP
1120 20th Street, NW, Suite 800
Washington, DC 20036
Telephone: 202.778.6150
Facsimile: 202.778.6155

Attorneys for Defendant
INTEL CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served via U.S. Mail, postage prepaid, B.J. Wade, Esq., Glassman, Edwards, Wade & Wyatt, P.C., 26 North Second Street, Memphis, Tennessee, 38103, on this 30th day of August 2005.

_____
Jef Feibelman