IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

CORY WILES, individually and on behalf
of himself and all persons similarly situated,

    Plaintiff,

v.                                                                      No. 05-2605 B/An

INTEL CORPORATION, a Delaware
Corporation,

    Defendant.

**UNCONTESTED MOTION FOR EXTENSION OF TIME
TO FILE RESPONSIVE PLEADING**

Pursuant to Federal Rule of Civil Procedure 6(b) and Civil Local Rule 7-2, Defendant Intel Corporation ("Intel") hereby moves the Court for an order extending Intel's response to Plaintiff's complaint to either (1) the earlier of 60 days after transfer of the above captioned case pursuant to any motion to coordinate or consolidate pre-trial proceedings per 28 U.S.C. Section 1407 or such time for response that the transferee Court may require for any action made part of the same MDL; or (2) 45 days after any Court order that removes the Plaintiff's action from MDL treatment. Plaintiff does not oppose this extension. In support of this Motion, Intel is filing herewith a Memorandum of Law, along with a Certificate of Consultation and Proposed Order pursuant to the Local Rules.

Respectfully submitted,

BURCH, PORTER & JOHNSON,
A Professional Limited Liability Company

*[signature: Jef Feibelman by M.H.]*

Jef Feibelman (#7677)
Mary Hale (#21878)
130 North Court Avenue
Memphis, TN 38103
Telephone: 901.524.5000
Facsimile: 901.524.5024
jfeibelman@bpjlaw.com

and

David M. Balabanian (CA# 37638)
Christopher B. Hockett (CA# 121539)
Joy K. Fuyuno (CA # 123890)
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: 415.393.2000
Facsimile: 415.393.2286

Richard A. Ripley (DC# 412959)
BINGHAM McCUTCHEN LLP
1120 20th Street, NW, Suite 800
Washington, DC 20036
Telephone: 202.778.6150
Facsimile: 202.778.6155

Attorneys for Defendant
INTEL CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served via U.S. Mail, postage prepaid, B.J. Wade, Esq., Glassman, Edwards, Wade & Wyatt, P.C., 26 North Second Street, Memphis, Tennessee, 38103, on this 6th day of September, 2005.

_____
Jef Feibelman