IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

CORY WILES, individually and on behalf
of himself and all persons similarly situated,

    Plaintiff,

v.

INTEL CORPORATION, a Delaware
Corporation,

    Defendant.

No. 05-2605 B/An

## CERTIFICATE OF CONSULTATION

I, Jef Feibelman, am counsel for the defendant in this matter. I hereby certify that on September 1. 2005, William M. Audet, counsel for the plaintiff, communicated by e-mail that the plaintiff does not oppose the motion of the defendant for an extension of time to respond to the Amended Complaint which is filed herewith.

Respectfully submitted,

BURCH, PORTER & JOHNSON, PLLC

Jef Feibelman (#7677)
130 North Court Avenue
Memphis, TN 38103

Attorneys for Defendant
INTEL CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served via U.S. Mail, postage prepaid, B.J. Wade, Esq., Glassman, Edwards, Wade & Wyatt, P.C., 26 North Second Street, Memphis, Tennessee, 38103, on this 6th day of September 2005.

_____
Jef Feibelman