CHJBAn



FILED BY
cas

SEP 20 2005

AFTER HOURS DEPOSITORY
Thomas M. Gould, Clerk
U. S. District Court
W. D. OF TN, Memphis

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

---

CORY WILES, individually and on behalf
of himself and all persons similarly situated,

    Plaintiff,

v.

INTEL CORPORATION, a Delaware
Corporation,

    Defendant.

05 - 914

No. 05-2605 B/An

RECEIVED
JAN 1 2 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

---

### NOTICE OF FILING OF DECLARATION OF ISABELLE HURTUBISE IN SUPPORT OF MOTION TO STAY AND TRANSFER PLAINTIFF'S MOTION TO REMAND

---

PLEASE TAKE NOTICE that Defendant Intel Corporation is filing the Declaration of Isabelle Hurtubise in support of its Motion to Stay and Transfer Plaintiff's Motion to Remand. A copy of the declaration is attached as Exhibit 1.

Dated September 20, 2005.

                        Respectfully submitted,

                        BURCH, PORTER & JOHNSON, PLLC

                        Jef Feibelman / by Mary Hale
                        Jef Feibelman (#7677)
                        Mary Hale (#21878)
                        130 North Court
                        Memphis, Tennessee 38103
                        Telephone: 901.524.5000
                        Facsimile: 901.524.5024

(12)

OF COUNSEL:

David M. Balabanian (CA# 37638)
Christopher B. Hockett (CA# 121539)
Joy K. Fuyuno (CA # 123890)
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: 415.393.2000
Facsimile: 415.393.2286

Richard Ripley (DC# 412959)
BINGHAM McCUTCHEN LLP
1120 20th Street, NW, Suite 800
Washington, DC 20036
Telephone: 202.778.6150
Facsimile: 202.778.6155

Attorneys for Defendant Intel Corporation

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served via U.S. Mail, postage prepaid, B.J. Wade, Esq., Glassman, Edwards, Wade & Wyatt, P.C., 26 North Second Street, Memphis, Tennessee, 38103, on this 20th day of September 2005.

_Jeff Feibelman/by Mary Hol_
Jeff Feibelman

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

CORY WILES, individually and on behalf
of himself and all persons similarly situated,

    Plaintiff,

v.

INTEL CORPORATION, a Delaware
Corporation,

    Defendant.

No. 05-2605 JDB

## DECLARATION OF ISABELLE HURTUBISE

1.    My name is Isabelle Hurtubise. I am an attorney at the law firm of Bingham McCutchen LLP. I am over the age of 18 and competent to give testimony. If called upon, I would testify on the facts set forth in this declaration.

2.    I am counsel to defendant Intel Corporation in the above-styled action.

3.    As of the date of this declaration, there have been 69 putative class actions filed in multiple federal courts against Intel over the last two months alleging essentially word for word facts and similar (federal and state) antitrust claims. *See* Attached Exhibit A, List of Related Actions. All of these cases were originally filed in federal court by the plaintiff except for *Wiles*.

4.    Fifty-three of the Related Actions also seek to assert Tennessee Antitrust Act (Tenn. Code Ann. § 47-25-101A) claims against Intel on behalf of the same alleged class of Tennessee consumers. Twenty-three of those actions were filed before Wiles commenced this action.

SF/21636271.1



5.   All of these cases, including *Wiles*, are subject to a petition before the JPML to transfer and consolidate these actions to a single MDL court pursuant to 28 U.S.C. § 1407. The proceeding has been entitled *In Re Microprocessor Antitrust Litigation*, MDL 1717, and JPML will hear arguments with respect to it on September 29, 2005, in Asheville, North Carolina. The districts suggested to the JPML as the potential MDL courts are: (1) the District of Delaware; (2) the Southern District of California; and (3) the Northern District of California. This District has not been mentioned as a possible venue by any of the parties in the actions subject to the MDL 1717 Petition. Plaintiff Wiles has not indicated whether his counsel will appear at this hearing.

6.   Under the penalties of perjury, I declare that the foregoing is true and accurate to the best of my knowledge.

_/s/ Isabelle Hurtubise_
Isabelle Hurtubise

Dated: September 19, 2005

2

SF/21636271.1