## INDEX OF INTEL CLASS ACTION COMPLAINTS BY JURISDICTION

| TAB | COMPLAINT |
|---|---|
| | **USDC - Northern District of California** |
| 1. | Susan **Baxley**, et al. v. Intel Corporation, Case No. 05-2758, Filed 7/6/05 |
| 2. | Michael **Brauch** v. Intel Corp., Case No. 05-2743, Filed 7/5/05 |
| 3. | Dwight E. **Dickerson** v. Intel Corp., Case No. 05-02818 JL, Filed 7/11/05 |
| 4. | Huston **Frazier**, et al. v. Intel Corp., Case No. 05-02813 JL, Filed 7/11/05 |
| 5. | Steven J. **Hamilton**, et al. v. Intel Corp., Case No. 05-2721, Filed 7/1/05 |
| 6. | **The Harman Press** v. Intel Corp., Case No. 05-02823 EDL, Filed 7/11/05 |
| 7. | Ronald **Konieczka**, et al. v. Intel, Case No. 05-2700, Filed 6/30/05 |
| 8. | David E. **Lipton**, et al. v. Intel, Case No. 05 2669, Filed 6/29/05 |
| 9. | Patricia M. **Niehaus**, et al. v. Intel Corp., Case No. 05-2720, Filed 7/1/05 |
| 10. | Maria I. **Prohias**, et al. v. Intel Corp., Case No. 05-2699, Filed 6/30/05 |
| 11. | **Shanghai** 1930 Restaurant v. Intel Corp., Case No. 05 2830 EDL, Filed 7/12/05 |
| 12. | Benjamin **Allanoff** v. Intel Corp., Case No. 05-2834 MMC, Filed 7/12/05 |
| 13. | **Major League Softball**, Inc. v. Intel Corp., Case No. 05-2831 EDL, Filed 7/12/05 |
| 14. | **Lazio** Family Products v. Intel, Case No. 05-2859, Filed 7/13/05 |
| 15. | Law Offices Laurel **Stanley** & Wm. Cronin v. Intel, Case No. 05-2858 EDL, Filed 7/13/05 |
| 16. | Ian **Walker** v. Intel, Case No. 05-2882 MEJ, Filed 7/14/05 |
| 17. | Peter Jon **Naigow**, individually and on behalf of all similarly situated v. Intel, Case No. C-05-2898, Filed 7/15/05 |
| 18. | Kevin **Stoltz**, individually and on behalf of all similarly situated v. Intel, Case No. C-05-2897, Filed 7/15/05 |
| 19. | Patrick **Hewson** v. Intel, Case No. C-05-2916 SC, Filed 7/18/05 |
| 20. | Lawrence **Lang** on behalf of himself and all others similarly situated v. Intel, Case No. C-05-2957 MEJ, Filed 7/20/05 |
| 21. | **Trotter-Vogul Realty, Inc.** d/b/a Prudential California Realty individually and on behalf of all those similarly situated v. Intel, Case No. 05-3028, Filed 7/26/05 |
| 22. | Karol **Juskiewicz** on behalf of himself and all others similarly situated v. Intel, Case No. C-05-3094 Filed 7/28/05 |
| 23. | Athan **Uwakwe**, d/b/a/ Tom Cyp Computers, individually, and on behalf of all those similarly situated v. Intel, Case No. C-05-3197 BZ Filed 08/08/05 |
| 24. | Jose **Juan**, on behalf of himself and all others similarly situated v. Intel, Case No. C-05-3271 EMC Filed 08/10/05 |
| 25. | **Dressed to Kill Draperies**, LLC, and all others similarly situated v. Intel, Case No. C-05-3272 JL Filed 08/10/05 |
| 26. | Tracy **Kinder**, on behalf of himself and all others similarly situated v. Intel, Case No. C-05-3273 EMC Filed 08/10/05 |
| 27. | Edward **Rush** on behalf of himself and all others similarly situated v. Intel, Case No. C-05-3277 EDL Filed 08/11/05 |

| TAB | COMPLAINT |
|---|---|
| | **USDC for the District of Delaware** |
| 28. | Jim **Kidwell**, et al. v. Intel Corp., Case No. 1:05-cv-00470, Filed 7/06/05 |
| 29. | Matthew **Kravitz**, et al. v. Intel Corp., Case No. 1:05-cv-00476, Filed 7/08/05 |
| 30. | Robert J. **Rainwater**, et al. v. Intel Corp., Case No. 1:05-cv-00473, Filed 7/07/05 |
| 31. | Michael **Ruccolo** v. Intel, Case No. 1:05-cv-00478-UNA, Filed 7/8/05 |
| 32. | Phil **Paul** v. Intel, Case No. 1:05-cv-00485-UNA, Filed 7/12/05 |
| 33. | Ryan James **Volden**, et al. v. Intel, Case No. 1:05-cv-00488, Filed 7/13/05 |
| 34. | Michael K. **Simon** v. Intel, Case No. 1:05-cv-00490, Filed 7/13/05 |
| 35. | Ludy A. **Chacon** & Darice Russ v. Intel, Case No. 1:05-cv-00489, Filed 7/13/05 |
| 36. | Christian **Ambrusoso** on behalf of himself and all others similarly situated v. Intel, Case No. 1:05-cv-00505-UNA, Filed 7/20/05 |
| 37. | Michael E. **Ludt** on behalf of himself and all others similarly situated v. Intel, Case No. 1:05-cv-00510-UNA, Filed 7/20/05 |
| 38. | Paul C. **Czysz** on behalf of himself and all others similarly situated v. Intel, Case No. 1:05-cv-00509-UNA, Filed 7/20/05 |
| 39. | Elizabeth B. **Baran** on behalf of herself and all others similarly situated v. Intel, Case No. 1:05-cv-00508-UNA, Filed 7/20/05 |
| 40. | **Ficor Acquisition Co. LLC**, et al. on their behalves and on behalf of all others similarly situated v. Intel Corporation. Case No. 1:05-cv-00515-UNA, Filed 7/21/05 |
| 41. | **HP Consulting Services Inc.** on behalf of itself and all others similarly situated v. Intel, Case No. 1:05-cv-00521-UNA, Filed 7/22/05 |
| 42. | **Fairmont Orthopedics & Sports Medicine** on behalf of itself and all others similarly situated v. Intel, Case No. 1:05-cv-00519-UNA, Filed 7/22/05 |
| 43. | Carrol **Cowan** et al. individually and on behalf of all others similarly situated v. Intel, Case No. 1:05-cv-00522-UNA, Filed 7/22/05 |
| 44. | Law Offices of Kwasi **Asiedu** on behalf of itself and all others similarly situated v. Intel, Case No. 1:05-cv-00520-UNA, Filed 7/22/05 |
| 45. | Lena K. **Manyin** and Jason **Craig** on their own behalves and on behalf of those similarly situated v. Intel, Case No. 1:05-cv-00526-UNA, Filed 7/22/05 |
| 46. | Joseph Samuel **Cone** on behalf of himself and all others similarly situated v. Intel, Case No. 1:05-cv-00531-UNA, Filed 7/25/05 |
| 47. | Jerome **Feitelberg** on behalf of himself and all others similarly situated v. Intel, Case No. 1:05-cv-00532-UNA, Filed 7/25/05 |
| 48. | Robin S. **Weeth** on behalf of himself and all others similarly situated v. Intel, Case No. 1:05-cv-00533-UNA, Filed 7/25/05 |
| 49. | Melinda **Harr**, D.D.S., P.C. on behalf of itself and all others similarly situated v. Intel, Case No. 1:05-cv-00537-UNA, Filed 7/26/05 |
| 50. | Andrew S. **Cohn** on behalf of himself and all others similarly situated v. Intel, Case No. 1:05-cv-00539-UNA, Filed 7/26/05 |
| 51. | Maria **Griffin** on behalf of herself and all others similarly situated v. Intel, Case No. 1:05-cv-00540-UNA, Filed 7/26/05 |
| 52. | Henry **Kornegay** on behalf of himself and all others similarly situated v. Intel, Case No. 1:05-cv-00541-UNA, Filed 7/26/05 |
| 56. | Lee **Pines** on behalf of himself and all others similarly situated v. Intel, Case No. 1:05-cv-00560-UNA, Filed 8/02/05 |

SF/21629566.1

| TAB | COMPLAINT |
|---|---|
| 57. | Stuart **Munson** on behalf of himself and all others similarly situated v. Intel, Case No. 1:05-cv-00558-UNA, Filed 8/02/05 |
| 58 | Phillip **Boeding** on behalf of himself and all others similarly situated v. Intel, Case No. 1:05-cv-00557-UNA, Filed 8/02/05 |
| 59. | Angel **Genese** et al. on behalf of themselves and all others similarly situated v. Intel, Case No. 1:05-cv-00556-UNA, Filed 8/01/05 |
| 60. | Jodi **Salpeter** et al. on behalf of themselves and all others similarly situated v. Intel, Case No. 1:05-cv-00575-UNA, Filed 8/01/05 |
| 61. | Gabriella **Herroeder-Perras**, on behalf of herself and all others similarly situated v. Intel, Case No. 1:05-cv-00616-UNA, Filed 8/22/05 |
| 62. | Michael H. **Roach**, on behalf of himself and all others similarly situated v. Intel, Case No. 1:05-cv-00617-UNA, Filed 8/22/05 |
| 63. | Damon **DiMarco** individually, and on behalf of all others similarly situated v. Intel, Case No. 1:05-cv-00627-UNA, Filed 8/25/05 |
| 64. | Bill **Richards**, Carl Yamaguchi, and Ron Terranova, on their own behalves and on behalf of all others similarly situated v. Intel Corporation, Delaware 1:05-cv-00672 |
| 65. | Stuart **Schupler**, on behalf of himself and all others similarly situated v. Intel Corporation, Delaware 1:05-cv-00674 |
| | **USDC - Southern District of California** |
| 66. | Justin **Suarez** on behalf of himself and all others similarly situated v. Intel, Case No. 05-CV-1507, Filed 7/27/05 |
| | **USDC - Southern District of Florida** |
| 67. | Nathaniel **Schwartz**, individually and on behalf of all others similarly situated v. Intel, Case No. 05-22262 Filed 08/16/05 |
| | **USDC - Eastern District of Tennessee** |
| 68. | Andrew **Armbrister** and Melissa Armbrister, on behalf of themselves and all others similarly situated, v. Intel, Case No. 2:05-cv-212 Filed 08/19/05 |
| | **USDC - Western District of Tennessee** |
| 69. | Cory **Wiles** individually and on behalf of all similarly situated v. Intel Corporation Case No. 05-2605 JDB. |

SF/21629566.1