# EXHIBIT A

Case 1:05-cv-00914-JJF    Document 21-30    Filed 01/12/2006    Page 1 of 5



CNET tech sites: Product reviews | Shop | Tech news | Dow

Daily podcast | Hot topics | E-mail alerts | News.com E;

Track thousands of Web sites in one place: Newsburst

SEARCH ADVANC SEARCH

Enterprise Hardware >> Desktops

▼ advertisement

## PC shipments to rise in 2004, says Gartner
Published: February 12, 2004, 1:09 PM PST

By John G. Spooner
Staff Writer, CNET News.com

[TalkBack]  [E-mail]  [Print]  [TrackBack]



**ThinkPad.**

**THINKPAD T42**
with Rescue and Recovery
and Intel® Centrino™
Mobile Technology.

**Happy days are here again for PC makers, at least according to one market researcher.**

In its 2004 forecast, released Thursday, Gartner predicts that strong sales to consumers, along with increases in business purchases, will boost worldwide PC shipments by nearly 14 percent this year. The company said PC shipments will reach 187 million units in 2004, representing a 13.9 percent increase from 2003.

> **Welcome, Google user!**
> If this story isn't what you're searching for, try these other News.com search results for "PC"unit sales" "united states"":
> - Are sizzling gadget sales cooling off?
> - PC milestone--notebooks outsell desktops
> - Analyst: HP should price Gateway
> - Will Mac Mini spur petite-PC revolution?
> - Intel seeks lift from Centrino follow-on
>
> More ...

**Desktops resource cen**
from News.com sponsors

**Intel® Active Management Tech — Agility beyond the processor**
Technology Brief: Discover, Heal and Your Networked Computing Assets
Read this technology brief >

Higher unit sales are also expected to produce a gain of about 9.5 percent in worldwide PC revenue, for a total of about $213 billion, Gartner predicts, even though average PC prices are expected to continue to decline by about 4.5 percent, said George Shiffler, principal analyst for computing platforms and economics research at the company.

**Intel® AMT ROI Estimator: Estimate y Savings with Intel® AMT**
Estimate your saving with Intel AMT

"Basically, our view is that 2004 is going to be a pretty good year," Shiffler said, "because we think this replacement cycle is under way. We think this is going to power growth this year and into next year."

**White Paper: Intel IT Tests Reducing I' Spending Through Improved Manage**
Learn more in this white paper

Two main factors produced Gartner's positive forecast, Shiffler said. First, consumers continue to buy new computers--with some people upgrading to new desktops to handle budding interests in digital photography or multimedia, and others making the switching to notebook PCs. Meanwhile, businesses in the United States and Europe have slowly started buying PCs again.

**Intel® AMT Demo: Discover, Heal and Networked Assets**
Watch this demo now >

**Major ISVs Support Intel® Active Man Technology**
Click here to read more about ISVs who Intel® AMT >

Gartner has also observed that Western European businesses have

started replacing PCs, while consumer sales there have also picked up, thanks in part to the strong position of the Euro, Shiffler said.

Some uncertainty remains among businesses in the United States, however.

"There are still some business confidence issues, and there are certainly some employment issues that are going on that may hang things in the first quarter in the United States," Shiffler said. But "as the year progresses, we think the United States will gain more strength."

As a result, Gartner forecasts that worldwide unit shipments will jump 13.3 percent year over year in the first quarter, reaching 44 million. The second quarter could see a bump in sales as well, as U.S. consumers begin receiving tax refunds.

"There's some room for some upside surprise in the second quarter," Shiffler said.

Meanwhile, if shipments do hit the 187 million unit mark in 2004, they'll set a new record. Shipments equaled 164.2 million units during 2003, a new high versus shipments of 148.2 million units in 2002, Shiffler said.

Rival researcher IDC's latest forecast predicts that worldwide PC shipments will increase by 11.4 percent to 170 million in 2004, said Roger Kay, an analyst with the firm.

IDC will likely release its official 2004 forecast in March, Kay said.

Gartner's and IDC's forecasts differ because the two companies use slightly different methods for measuring unit shipments.

TalkBack  E-mail  Print  TrackBack

**Track this story's companies and topics**

| | |
|---|---|
| Desktops | Create alert |
| Notebooks and tablets | Create alert |
| Sales/revenue | Create alert |
| Earnings reports/forecasts | Create alert |
| Analyst reports | Create alert |

Create your own e-mail alert >

**Related stories**

HP back on top of PC market
January 14, 2004

2003 a banner year for PC market?
August 14, 2003

Get this story's "Big Picture" >

**From News.com Extra**

Get more news around the Web with News.com Extra >

---

intel. Learn more about Inte Management Technol visiting the expanded center.

**Today in News.com Extra**

CNN hacks new TV technology. Al:
Rock band shows fans how to crac

Read

**Top picks from News.com rea**

Readers who read **PC shipments to 2004, says Gartner** also read....

PC shipments growing faster than ex
Notebooks continue shipment gains
Gartner: PC shipments will top 200M
IDC: Linux PC sales to hit $10 billion
Notebooks eke out more market shai

**THE PULSE** Most popular headlin

- Sony says new Walkman is an iPod
- The copyright challenge in China
- Testing out the new Revolution cont
- Hacking's a snap in Legoland
- For gamers, there's a 'There' there

Also: Most discussed and e-mailed stories

**Latest headlines**

- Verizon, Dell team on wireless broa
- Barracuda adds IM protection to line
- Microsoft sues more resellers in pira
- Copyright challenges at home and a
- Google invites 400 to 'off the record'
- Oracle's open arms
- Study: E-tailers to grab $330 billion
- Trump ring tones on call
- Oracle warms up to open source, IB
- Microsoft acquires ID management Alacris
- HP to pick up storage management
- Oracle takeover spooks some Siebe
- HP France employees strike over jo
- Apple planning a laptop with a came
- HP to buy Peregrine for $425 millior

PC shipments to rise in 2004, says Gartner | CNET News.com
Case 1:05-cv-00914-JJF  Document 21-30  Filed 01/12/2006  Page 4 of 5
Page 3 of 4

**Related white papers**

Paving the Road to a PC Refresh (Webcast)
Insight Direct

XP SP2: How Secure Will Your Company Be?
Global Knowledge Network

Windows 2003/2000/XP Security Architecture Overview
Global Knowledge Network

Managing PC Clients: Looking Beyond Day One of Your PC Client Lifecycle
Hewlett-Packard

Tsunami Response
IBM

More results for desktops and notebooks and tablets >

**Related videos**



Intel launches new branding campaign
August 25, 2005



Scientist uses digital pen to take notes in lab
July 28, 2005



New designs focus on purpose
March 3, 2005

Watch more videos >

**TalkBack**

Post a comment

No discussion exists, click here to start it.

**Latest Photo Galleries**
- Photos: Look out, Humvee
- Photos: Snapshot blocker
- Photos: Microsoft's snapshot eraser

**Today in NEWS.BLOG**

**Future tech:** Military concept vehicle l Nascar
**Politics:** Groups call for broadcast fla
**Apple:** Nano-Nano, new iPod accesso
**Coop's Corner:** IBM leads. Now who
**Gadgets:** Step into the illuminated ba

Read all News.com's tech blogs

▸ **This week's headlines**

▼ advertisement



**CNET NEWSLETTERS**
CLICK ON A TITLE BELOW TO LEARN

☐ News.com Morning Dispatch sample
☐ News.com Afternoon Dispatch sample
☐ News.com Enterprise Hardware sample
All News.com newsletters

**SPECIAL OFFERS FROM OUR PAR**
CLICK ON A TITLE BELOW TO LEARN MORE A

☐ Surveys
☐ IT Professionals
☐ IT Management
☐ Small Business Owners

▸ SIGN UP NOW

Manage My Newsletters

**Sponsored Links**

Dual-core Intel Processor
Up to $500 off at Dell Home! Some offers end 9/21. Details.
www.dell4me.com

Gartner Research
Learn How Enterprise-Wide DSO Solutions Can Help Your Company
www.dso.com

Pentium D workstations
Powerful multiscreen workstations with dual-core Intel Pentium D CPU
digitaltigers.com

How to advertise | Send us news tips | Contact us | Corrections | All RSS feeds | XML | News.com Extra
Site map | Linking policy | Content licensing | News.com mobile | Newsletters | E-mail alerts

Featured services: **BNET: Business White Papers | Find tech jobs | Digital Living | Free mag. trial | Industry White P**

BNET | CNET.com | CNET Channel | CNET Download.com | CNET News.com | CNET Reviews | CNET Shopper.com | Comput
GameSpot | International Media | MP3.com | mySimon | Release 1.0 | Search.com | TechRepublic | TV.com | Webshots

**Copyright** ©2005 CNET Networks, Inc. All Rights Reserved. **Privacy Policy | Terms of Use**                    About CNE