# EXHIBIT B



CNET tech sites: Product reviews | Shop | Tech news | Dow

Daily podcast | Hot topics | E-mail alerts | News.com E)

Track thousands of Web sites in one place: **Newsburst**



Personal Technology >> Corporate & legal

# PC milestone--notebooks outsell desktops

Published: June 3, 2005, 5:28 PM PDT

By Michael Singer
Staff Writer, CNET News.com

TalkBack　E-mail　Print　TrackBack

▼ advertisement

**ThinkPad.**

**THINKPAD R50e**

15" display with Intel® Centrino™ Mobile Technology.

**$949\*** (PN 1842STU)



ThinkPad is a product of Lenovo.　　LEARN

More notebooks than desktops were sold in the United States in May, according to a report released Friday--a milestone in PC sales history.

Analysts with research firm Current Analysis said laptop sales jumped to 53.3 percent of the total PC retail market in May 2005. Last year, notebooks made up 45.9 percent of the total PC retail market.

Occasionally, notebooks have outsold desktops, but those moments happen during a one-week period and are usually the result of extremely heavy promotions, Current Analysis said. May marks the first time notebooks have outsold desktops over the course of a full month, the firm said.

For example, the only time notebooks came even close to surpassing desktops was back in August 2004 when Toshiba launched an aggressive back-to-school advertising campaign. The resulting sales pushed notebook sales to 49.6 percent of the market.

Sam Bhavnani, a senior analyst with Current Analysis, offers three reasons for the increase in sales.

"The past few months have seen an increase in the number of retail notebook players, with lesser-known value players Acer and Medion gaining shelf space at major retailers such as Best Buy, Circuit City and CompUSA. In addition, notebook pricing has dropped considerably, almost 17 percent between May 2004 and May 2005 ($1,370 to $1,131), while desktop (prices) dropped only 4 percent in the same time frame ($728 to $696)."

**Today in News.com Extra**

**CNN hacks new TV technology. Al**
**Rock band shows fans how to crac**

Read a

**THE PULSE** Most popular headline

- Sony says new Walkman is an iPod
- The copyright challenge in China
- Testing out the new Revolution cont
- Hacking's a snap in Legoland
- For gamers, there's a 'There' there

Also: Most discussed and e-mailed stories

### Latest headlines
- Verizon, Dell team on wireless broa
- Barracuda adds IM protection to line
- Microsoft sues more resellers in pira
- Copyright challenges at home and a
- Google invites 400 to 'off the record'
- Oracle's open arms
- Study: E-tailers to grab $330 billion
- Trump ring tones on call
- Oracle warms up to open source, IB



In other news

**New twist on security warnings**

Read story ▶

Bhavnani also noted that Wi-Fi is no longer considered a luxury, but a necessity.

"One year ago, over 20 percent of retail notebooks did not include wireless. Today, that number is less than 5 percent," he said. "While

Centrino laptops were frequently advertised in the $1,399 range last year, it is now common to see sub-$900 Centrino models in flyers."

The upward trend in notebook sales has prompted other analysts to adjust their expectations. Financial analyst firm J.P. Morgan bumped up its PC unit sales growth forecast for 2005 to 10.1 percent from 8.8 percent based on sales results in April.

Late last month, Gartner revised its forecast for the rest of the year. The analyst firm now expects PC shipments worldwide in 2005 to exceed 202 million units, up 10.2 percent from the previous year.

TalkBack | E-mail | Print | TrackBack

### Track this story's companies and topics

| | |
|---|---|
| Dell Inc. | Create alert |
| Hewlett-packard | Create alert |
| Intl Business Machines Corp | Create alert |
| Notebooks and tablets | Create alert |
| Sales | Create alert |
| Personal computers | Create alert |

Create your own e-mail alert >

### Related stories

Gartner: PC shipments will top 200M in 2005
May 26, 2005

IDC lowers PC forecast for '05
March 23, 2005

PC shipment growth may slow in 2005
February 15, 2005

Get this story's "Big Picture" >

### From News.com Extra

Dell Net Profit Rises as PC Sales Rebound from eWeek

Slow PC Sales Overall, but Macs are "Hot" from OSNews

Get more news around the Web with News.com Extra >

### Related quotes (delayed 20+ minutes)

| | | | | |
|---|---|---|---|---|
| ▼ DELL | 34.31 | -0.38 | (-1.10%) | Dell Inc |
| ▲ HPQ | 28.88 | 0.54 | (1.91%) | Hewlett-Packard Co. |
| ▼ IBM | 79.43 | -0.90 | (-1.12%) | International Business Machines Corp. |

Enter Symbol  Go!  Symbol lookup        More quotes >

### Related white papers

One-to-One Laptop Initiatives: Providing Tools for 21st Century Learners
Gateway

Student Laptop Mandates: Creating the Competitive Campus
Gateway

Flash Platform Improves Government Efficiency (Webcast)
Macromedia

- Microsoft acquires ID management Alacris
- HP to pick up storage management
- Oracle takeover spooks some Siebe
- HP France employees strike over jo
- Apple planning a laptop with a came
- HP to buy Peregrine for $425 millior

### Latest Photo Gallerie:

- Photos: Look out, Humvee
- Photos: Snapshot blocker
- Photos: Microsoft's snapshot eraser

### Today in NEWS.BLOG

**Future tech:** Military concept vehicle l Nascar
**Politics:** Groups call for broadcast fla
**Apple:** Nano-Nano, new iPod access
**Coop's Corner:** IBM leads. Now who
**Gadgets:** Step into the illuminated ba
Read all News.com's tech blogs

▸ **This week's headlines**


▾ advertisement
ENTERPRISE-CLASS SPAM AND SPYWARE FIRE
CLICK HERE FOR FREE EVALUATION UNITS!
RECLAIM YOUR NETWO

### CNET NEWSLETTERS
CLICK ON A TITLE BELOW TO LEARN

☐ News.com Morning Dispatch sample
☐ News.com Afternoon Dispatch sample
☐ News.com Enterprise Hardware sample
All News.com newsletters

**SPECIAL OFFERS FROM OUR PAR**
CLICK ON A TITLE BELOW TO LEARN MORE A

☐ Surveys
☐ IT Professionals
☐ IT Management

Notebook Computers Motivate Texas Middle Schoolers (Case Study)
Gateway

Mandate Program Keeps DSU Ahead of the Technology Curve (Case Study)
Gateway

Small Business Owners
▸ SIGN UP NOW
Manage My Newsletters

More results for notebooks and tablets >

**Related videos**



Intel launches new branding campaign
August 25, 2005



Scientist uses digital pen to take notes in lab
July 28, 2005



Microsoft commits to April release for 64-bit version of Windows
March 1, 2005

Watch more videos >

**TalkBack**

Post a comment

No discussion exists, click here to start it.

**Sponsored Links**

Dell Laptops Notebooks
Up to $500 off at Dell Home! Some offers end 9/21. Details.
www.dell4me.com

Intel® Centrino™
Intel® Centrino™ Mobile Technology enables thin and light notebooks
intel.com

Notebooks Outlet
Save 80% on Notebook Computers Direct From HP, Compaq, Toshiba.
www.refurbdepot.com

How to advertise | Send us news tips | Contact us | Corrections | All RSS feeds | XML | News.com Extra

Site map | Linking policy | Content licensing | News.com mobile | Newsletters | E-mail alerts

Featured services: **BNET: Business White Papers | Find tech jobs | Digital Living | Free mag. trial | Industry White P**

BNET | CNET.com | CNET Channel | CNET Download.com | CNET News.com | CNET Reviews | CNET Shopper.com | Comput·
GameSpot | International Media | MP3.com | mySimon | Release 1.0 | Search.com | TechRepublic | TV.com | Webshots

Copyright ©2005 CNET Networks, Inc. All Rights Reserved. **Privacy Policy | Terms of Use**        About CNE·

# EXHIBIT C

Table 1B. Presence of a Computer and the Internet for Households, by State: September 2001
(Numbers in thousands. Civilian noninstitutional population)

| Characteristics | Total households | Presence of a computer | | | Presence of the Internet | | |
|---|---|---|---|---|---|---|---|
| | | Number | Percent | 1.6*(S.E.)[1] | Number | Percent | 1.6*(S.E.)[1] |
| **TOTAL HOUSEHOLDS** | **109,106** | **61,473** | **56.3** | **0.34** | **55,032** | **50.4** | **0.34** |
| STATE | | | | | | | |
| Alabama | 1,724 | 754 | 43.8 | 2.60 | 649 | 37.6 | 2.54 |
| Alaska | 228 | 156 | 68.3 | 2.39 | 146 | 63.8 | 2.47 |
| Arizona | 1,999 | 1,172 | 58.6 | 2.65 | 1,022 | 51.1 | 2.69 |
| Arkansas | 1,056 | 501 | 47.5 | 2.76 | 397 | 37.6 | 2.68 |
| California | 11,875 | 7,300 | 61.5 | 1.22 | 6,561 | 55.2 | 1.25 |
| Colorado | 1,732 | 1,116 | 64.4 | 2.11 | 1,009 | 58.2 | 2.18 |
| Connecticut | 1,360 | 794 | 58.4 | 2.22 | 743 | 54.6 | 2.25 |
| Delaware | 307 | 179 | 58.1 | 2.68 | 161 | 52.4 | 2.71 |
| District of Columbia | 257 | 127 | 49.5 | 2.62 | 107 | 41.5 | 2.58 |
| Florida | 6,613 | 3,697 | 55.9 | 1.46 | 3,492 | 52.8 | 1.47 |
| Georgia | 3,135 | 1,641 | 52.3 | 2.61 | 1,465 | 46.7 | 2.61 |
| Hawaii | 404 | 255 | 63.1 | 2.75 | 225 | 55.7 | 2.83 |
| Idaho | 497 | 310 | 62.5 | 2.67 | 261 | 52.6 | 2.75 |
| Illinois | 4,771 | 2,518 | 52.8 | 1.69 | 2,225 | 46.6 | 1.68 |
| Indiana | 2,489 | 1,321 | 53.1 | 2.15 | 1,174 | 47.2 | 2.15 |
| Iowa | 1,163 | 689 | 59.2 | 2.31 | 592 | 50.9 | 2.35 |
| Kansas | 1,074 | 614 | 57.2 | 2.35 | 545 | 50.7 | 2.37 |
| Kentucky | 1,625 | 808 | 49.7 | 2.53 | 719 | 44.3 | 2.52 |
| Louisiana | 1,674 | 771 | 46.0 | 2.80 | 679 | 40.5 | 2.76 |
| Maine | 540 | 338 | 62.6 | 2.14 | 287 | 53.2 | 2.21 |
| Maryland | 2,030 | 1,301 | 64.1 | 2.30 | 1,175 | 57.9 | 2.37 |
| Massachusetts | 2,535 | 1,496 | 59.0 | 2.11 | 1,387 | 54.7 | 2.14 |
| Michigan | 3,891 | 2,262 | 58.1 | 1.82 | 1,987 | 51.0 | 1.84 |
| Minnesota | 2,024 | 1,305 | 64.5 | 2.15 | 1,123 | 55.5 | 2.23 |
| Mississippi | 1,106 | 469 | 42.4 | 2.85 | 407 | 36.8 | 2.78 |
| Missouri | 2,232 | 1,230 | 55.1 | 2.36 | 1,111 | 49.8 | 2.37 |
| Montana | 371 | 207 | 55.8 | 2.77 | 176 | 47.4 | 2.79 |
| Nebraska | 679 | 376 | 55.4 | 2.49 | 309 | 45.4 | 2.50 |
| Nevada | 795 | 463 | 58.2 | 2.32 | 418 | 52.6 | 2.35 |
| New Hampshire | 496 | 335 | 67.5 | 2.21 | 305 | 61.4 | 2.30 |
| New Jersey | 3,299 | 2,015 | 61.1 | 1.83 | 1,885 | 57.1 | 1.85 |
| New Mexico | 705 | 357 | 50.6 | 2.87 | 303 | 43.0 | 2.84 |
| New York | 7,353 | 4,038 | 54.9 | 1.30 | 3,684 | 50.1 | 1.31 |
| North Carolina | 3,244 | 1,622 | 50.0 | 2.06 | 1,443 | 44.5 | 2.04 |
| North Dakota | 265 | 140 | 52.8 | 2.48 | 122 | 46.3 | 2.48 |
| Ohio | 4,568 | 2,624 | 57.4 | 1.74 | 2,324 | 50.9 | 1.76 |
| Oklahoma | 1,385 | 688 | 49.7 | 2.56 | 604 | 43.6 | 2.54 |
| Oregon | 1,353 | 886 | 65.5 | 2.39 | 783 | 57.9 | 2.48 |
| Pennsylvania | 4,858 | 2,598 | 53.5 | 1.64 | 2,367 | 48.7 | 1.64 |
| Rhode Island | 435 | 253 | 58.3 | 2.12 | 230 | 52.8 | 2.15 |
| South Carolina | 1,547 | 807 | 52.1 | 2.60 | 694 | 44.9 | 2.58 |
| South Dakota | 303 | 168 | 55.2 | 2.31 | 145 | 47.7 | 2.32 |
| Tennessee | 2,311 | 1,189 | 51.5 | 2.71 | 1,039 | 45.0 | 2.70 |
| Texas | 7,619 | 4,072 | 53.4 | 1.50 | 3,611 | 47.4 | 1.50 |
| Utah | 734 | 496 | 67.6 | 2.63 | 397 | 54.1 | 2.80 |

Table 1B. Presence of a Computer and the Internet for Households, by State: September 2001
(Numbers in thousands. Civilian noninstitutional population)

| Characteristics | Total households | Presence of a computer | | | Presence of the Internet | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | Number | Percent | 1.6*(S.E.)[1] | Number | Percent | 1.6*(S.E.)[1] |
| Vermont | 260 | 157 | 60.2 | 2.26 | 138 | 53.2 | 2.30 |
| Virginia | 2,702 | 1,602 | 59.3 | 2.44 | 1,497 | 55.4 | 2.46 |
| Washington | 2,384 | 1,579 | 66.2 | 2.29 | 1,431 | 60.0 | 2.37 |
| West Virginia | 752 | 359 | 47.7 | 2.38 | 305 | 40.5 | 2.34 |
| Wisconsin | 2,142 | 1,201 | 56.1 | 2.18 | 1,070 | 50.0 | 2.19 |
| Wyoming | 202 | 118 | 58.2 | 2.46 | 103 | 51.2 | 2.49 |

Note: 1. 1.645 times the standard error added to or subtracted from the estimate provides the 90 percent confidence interval.

Source: U.S. Census Bureau, Current Population Survey, September 2001.
Internet Release Date: November 19, 2004