IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

CORY WILES, individually and on behalf
of himself and all persons similarly situated,

    Plaintiff,

v.                                No. 05-2605 B/An

INTEL CORPORATION, a Delaware
Corporation,

    Defendant.

---

### CERTIFICATE OF CONSULTATION

---

I, Jef Feibelman, counsel for the defendant, do hereby certify that defense counsel has consulted with William M. Audet, counsel for the plaintiff, and Mr. Audet has communicated that he opposes this motion.

          Respectfully submitted,

          BURCH, PORTER & JOHNSON,
          A Professional Limited Liability Company

          Jef Feibelman (#7677)
          Mary Hale (#21878)
          130 North Court Avenue
          Memphis, TN 38103
          Telephone: 901.524.5000
          Facsimile: 901.524.5024
          jfeibelman@bpjlaw.com

          and

David M. Balabanian (CA# 37638)
Christopher B. Hockett (CA# 121539)
Joy K. Fuyuno (CA # 123890)
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: 415.393.2000
Facsimile: 415.393.2286

Richard A. Ripley (DC# 412959)
BINGHAM McCUTCHEN LLP
1120 20th Street, NW, Suite 800
Washington, DC 20036
Telephone: 202.778.6150
Facsimile: 202.778.6155

Attorneys for Defendant
INTEL CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served via U.S. Mail, postage prepaid, B.J. Wade, Esq., Glassman, Edwards, Wade & Wyatt, P.C., 26 North Second Street, Memphis, Tennessee, 38103, on the 20th day of September, 2005.

Jef Feibelman