CHTBAN

**FILED BY**

Cas

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

OCT 1 8 2005

AFTER HOURS DEPOSITORY
Thomas M. Gould, Clerk
U. S. District Court
W. D. OF TN, Memphis

**CORY WILES, individually and on behalf**
**of himself and all persons similarly situated,**

    **Plaintiff,**

0 5 -  9 1 4

v.

**No. 05-2605  JDB**

**INTEL CORPORATION, a Delaware**
**Corporation,**

    **Defendant.**

RECEIVE

JAN 1 2 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

### CERTIFICATE OF CONSULTATION

I, Mary Hale, counsel for Defendant Intel Corporation, certify that, pursuant to Local

Rule 7.2(b), I consulted with B.J. Wade, counsel for Plaintiff, on October 18, 2005, via

electronic mail.  Mr. Wade stated that he opposed Defendant's Motion for Leave to File a Reply

in Support of Its Motion to Stay Plaintiff's Remand Motion.

Respectfully submitted,

Mary/Hale  (BPR #21878)
Burch, Porter & Johnson, PLLC
130 N. Court Avenue
Memphis, TN 38103
901.524.5000

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served via U.S. Mail, postage prepaid, B.J. Wade, Esq., Glassman, Edwards, Wade & Wyatt, P.C., 26 North Second Street, Memphis, Tennessee, 38103, on this 18th day of October 2005.

Mary Hale