# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT TENNESSEE

THOMAS M. GOULD
CLERK OF COURT

MEMPHIS (901) 495-1200
FAX (901) 495-1250
JACKSON (731) 421-9200
FAX (731) 421-9210

### WESTERN DIVISION

January 9, 2006

United States District Court
District of Delaware
844 North King Street
Wilmington, DE 19801

Attn: Clerk of Court



RECEIVED
JAN 12 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

0 5 - 9 1 4

IN RE INTEL CORP. MICROPROCESSOR ANTITRUST LITIGATION MDL 1717

Cory Wiles vs.  Intel Corporation (05-2605-B) [05-914 JJF (D/DE)]

Dear Clerk of Court:

 Enclosed is the entire case file, a certified copy of docket sheet, and your letter requesting same.

 Please acknowledge receipt of same by copy of this letter and return to our office.  If further assistance is needed, please let me know.

     Sincerely,

     THOMAS M. GOULD, Clerk

     BY: s/ Earline Grayer
      Deputy Clerk

Encl.

cc: Judge
  file

RECEIVED ABOVE DOCUMENTS ON
12th day of January,
2006.
By: Evette Watson

242 FEDERAL BUILDING
167 N. MAIN STREET
MEMPHIS, TENNESSEE 38103

262 FEDERAL BUILDING
111 S. HIGHLAND
JACKSON, TENNESSEE 38301