# EXHIBIT B

BINGHAM McCUTCHEN

Richard A. Ripley
Direct Phone: (202) 778-6101
Direct Fax:    (202) 778-6155
richard.ripley@bingham.com

August 24, 2005

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-255, North Lobby
Washington, D.C. 20002-8004

Re:  In Re Microprocessor Antitrust Litigation, MDL-1717

Dear Clerk of the Panel:

    Pursuant to Rules 7.2(i) and 7.5(e) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, I am writing to inform the Panel of a potential tag-along action, *Cory Wiles, individually and on behalf of himself and all persons similarly situated, Plaintiff, vs. Intel Corporation, a Delaware Corporation, Defendant*, Civil Action No. 05-2605, pending in the Western District of Tennessee before the Honorable J. Daniel Breen.

    Enclosed please find the timely notice of removal filed on August 18, 2005; the Amended Complaint filed on August 18, 2005; and the original Complaint filed on July 20, 2005, in the Thirtieth Judicial District Court of the State of Tennessee in and for Shelby County as Civil Case No. CT 3801-05 (Div. IV).

    Defendant Intel respectfully requests this action should be consolidated with the other related proceedings. The MDL petition in the above captioned matter has been set for hearing by the Panel on September 29, 2005, in Asheville, North Carolina.

Sincerely,

*original signed*

Richard A. Ripley

Enclosures

cc:   Honorable J. Daniel Breen, Western District of Tennessee
      William M. Audet
      B.J. Wade
      attached Service List

Bingham McCutchen LLP
Suite 800
1120 20th Street, NW
Washington, DC
20036-3406

202.778.6150
202.778.6155 fax

bingham.com

Boston
Hartford
London
Los Angeles
New York
Orange County
San Francisco
Silicon Valley
Tokyo
Walnut Creek
Washington

RECEIVED
CLERK'S OFFICE

2005 AUG 24  P 3: 24

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re Microprocessor Antitrust Litigation | MDL Docket No. 1717 |

NOTICE OF RELATED, TAG-ALONG ACTION

Pursuant to Rules 7.2(i) and 7.5(e) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Defendant Intel Corporation ("Intel") hereby notifies the Clerk of the Panel of the following tag-along action and state as follows:

1. There is an additional tag-along case now pending in the Western District of Tennessee, *Cory Wiles, individually and on behalf of himself and all persons similarly situated, Plaintiff, vs. Intel Corporation, a Delaware Corporation, Defendant*, No. 05-2605, before the Honorable J. Daniel Breen. It was filed on July 20, 2005, in the Thirtieth Judicial District Court of the State of Tennessee in

EXHIBIT B

and for Shelby County as Civil Case No. CT 3801-05 (Div. IV) and properly removed on August 18, 2005.

2. Attached please find the timely notice of removal, (Exhibit A), the amended complaint filed in state court (Exhibit B), and the original complaint( Exhibit C).

3. This related case is tag-along action because it involved "common questions of fact" with actions previously presented to the JPML. See JPML Rule 1.1, 7.5(d).

Defendant Intel respectfully requests this action be consolidated with the other noticed actions in the above captioned MDL, still under consideration by this Panel and set for a hearing on September 29, 2005.

DATED: August 24, 2005

Richard A. Ripley
BINGHAM McCUTCHEN LLP
1120 20th Street, NW, Suite 800
Washington, DC 20036
Telephone:   202.778.6150
Facsimile:   202.778.6155

David M. Balabanian
Christopher B. Hockett
Joy K. Fuyuno
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, California 94111-4067
Telephone:   415.393.2000
Facsimile:   415.393.2286

Attorneys for Defendant
INTEL CORPORATION for all putative class actions