OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo | LOCKBOX 18 |
| **CLERK** | 844 NORTH KING STREET |
| | BOGGS FEDERAL BUILDING |
| | WILMINGTON, DELAWARE 19801 |
| | (302) 573-6170 |

January 13, 2006

TO:   Counsel of Record (See attached)

RE:   IN RE INTEL CORPORATION, MDL 05-1717 JJF

Dear Counsel:

This is to advise you that a certified copy of the Conditional Multi-District Transfer Order was docketed in this court on 12/6/05.

The following action has been transferred to the District of Delaware:

Wiles v. Intel Corp., C.A. No. 05-2605
USDC Delaware's civil action number 05-914 JJF

The name and address of the Judge to whom this case has been assigned in this court is:

The Honorable Joseph J. Farnan, Jr.
United States Judge
District of Delaware
844 N. King St., Lockbox 27
Wilmington, DE 19801

Attorneys of record in Multi-District Litigation (MDL) cases, who are <u>not</u> members of the
bar of this Court, will register for ECF on a case-by-case basis. Enclosed with this letter is a Registration Form. An original signed registration form should be submitted to the Clerk's Office to request an ECF account. After verification, a user ID and password will be provided. Registration will be valid for electronic filing and noticing in this case only.

Additionally, a copy of the District of Delaware's Local Rules is available on our website at: www.ded.uscourts.gov.

Any questions concerning the case management of this case should be directed to:

Deborah Krett
Case Manager to Judge Joseph J. Farnan, Jr.
(302) 573-6168

Thank you.

                                  Sincerely,
                                  PETER T. DALLEO, CLERK


                                  __/s/_____
                                  Monica Mosley
                                  Deputy Clerk

cc:    Honorable Joseph J. Farnan, Jr.
        Counsel on Attached Mailing List for 05-914 JJF